UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

|  |  |
|---|---|
| <u>UNITED STATES OF AMERICA,</u><br><br>                    Plaintiff,<br><br>vs.<br><br>HUGO MORENO-SANABRIA<br>RODRIGO RODRIGUEZ-BECERRA<br><br>                    Defendant. | Case No.  3:11-CR-0070-RCJ-WGC<br><br>MINUTES OF COURT<br><br>Date: November 14, 2011 |

PRESENT:
THE HONORABLE ROBERT C. JONES, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  LESA ETTINGER     REPORTER:  MARGARET GRIENER

COUNSEL FOR THE GOVERNMENT:  MEGAN RACHOW and MICHAEL LARGE

COUNSEL FOR THE DEFENDANT: CRAIG DENNEY, CJA *for Hugo Moreno-Sanabria*
                          RICHARD MOLEZZO, CJA *for Rodrigo Rodriguez-Becerra*

SPANISH INTERPRETERS: Christina Sanchez and Maya Foneseca

**PROCEEDINGS: JURY TRIAL (DAY ONE)**

Court convenes at 8:39 a.m.  The defendants are present in custody.  Task Force Officer Michael Mullen is present with the Government.

The Court inquires of counsel whether there are any preliminary matters which need to be addressed.  Arguments of counsel are then heard with respect to [65] Motion in Limine and [70] Motion to Dismiss Superseding Indictment.  The Court sets forth its findings on the record and denies the motions.  IT IS SO ORDERED.

The Court calls for the prospective jurors.

Fifty-one prospective jurors enter the courtroom, and are sworn by the clerk. Thirty-two prospective jurors are then seated and voir dire begins.

10:11 a.m. The prospective jurors are excused for a recess and challenges for cause are made.

10:18 a..m.  Court stands at recess.

10:34 a.m.  Court reconvenes in the presence of prospective jurors and voir dire continues.  Peremptory challenges are made, and the final jury of fifteen members is seated and sworn by the clerk.

3:11-cr-0070-RCJ-WGC
page 2
11/14/2011

---

The remaining jurors are thanked and dismissed by the Court.

Preliminary instructions are given to the jury by the Court.

12:10 p.m.   The jury is admonished and excused.

12:12:42 p.m. - 12:15:42 p.m. (FTR TIME 1:12:42 - 1:15:42),  IT IS ORDERED this portion of the hearing is **SEALED** UNTIL FURTHER ORDER OF THE COURT.  Court and counsel confer on preliminary matters.

12:15 p.m.   Court stands at recess.

1:36 p.m.   Court reconvenes outside the presence of the jury.

The Government informs the Court of Juror #3 prior felony convictions.  Juror #3 is invited into the Courtroom, canvassed by the Court and then excused from the jury.  Counsel have no objections to the Court replacing Juror #3 with alternate Juror #1.

The exclusionary rule is invoked.

1:45 p.m.   The jury of fourteen members enter the Courtroom.

Opening statements are presented by Ms. Rachow on behalf of the Government; Mr. Denney on behalf of Defendant Hugo Moreno-Sanabria; and Mr. Molezzo on behalf of the Defendant Rodrigo Rodriguez-Becerra.

**Task Force Officer Michael Mullen,** called on behalf of the Government, is sworn and testifies on direct and redirect examination by Ms. Rachow; cross and re-cross examination by Mr. Denney and by Mr. Molezzo, then is excused. **Government exhibit number 18 is marked, offered and admitted in evidence.**

**IT IS ORDERED** jury trial shall continue on Tuesday, November 15, 2011 at 9:00 a.m.

4:25 p.m. The jury is admonished and excused.

Court adjourns at 4:25 p.m.


LANCE S. WILSON, CLERK
By: /s/_____
    Lesa Ettinger, Deputy Clerk