```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

           DEC 0 9 2011

        CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____  DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### RENO, NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 3:11-cr-0070-RCJ-WCB |
| ) | |
| Plaintiff(s), ) | ORDER OF THE COURT |
| ) | |
| vs. ) | |
| HUGO MORENO-SANABRIA ) | |
| and ) | |
| RODRIGO RODRIGUEZ-BECERRA ) | |
| Defendant(s). ) | |

The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.

DATED this 17th day of NOVEMBER 2011.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE